Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Luis Brayan

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Luis Brayan,

          Petitioner,

     v.

Pamela Bondi, *et al.*,

          Respondents.

Case No. 2:26-cv-00827-GMN-DJA

**Stipulation to Extend Time to File Amended Petition (First Request)**

          Petitioner Juan Rivera and Respondents Pamela Bondi, et al. through undersigned counsel, hereby submit this Stipulation for an extension of time of 10 days for Petitioner to file an amended writ of habeas corpus, moving the deadline to April 9, 2026.

          This extension is warranted because counsel for Brayan needs additional time to meet with Brayan and to conduct further research in order to draft an amended petition.

          Currently, the amended petition is due on March 30, 2026. This is the first stipulation for an extension of time for the amended petition. Should the court grant

Petitioner's request for additional time, the parties respectfully request that the Respondent's deadline for filing a response also be extended to April 21, 2026.

On March 27, 2026, counsel for Respondents, Assistant United States Attorney Tamer B. Botros, stated that he consented to this 10-day extension and sought an extension to file the Respondent's reply.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Brayam to file an amended petition to April 9, 2026. Additionally, the parties respectfully request that Respondent's deadline to file a response be extended to April 21, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 30th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *Tamer Botros*
Tamer Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public
Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: March 30, 2026

2